## JOB HARVEY v. JOHN McCLINTOCK.

Court of Common Pleas.  New Castle.  May, 1795.

*Rodney's Notes.*

*Vandyke* [for plaintiff].  *Bayard* [for defendant].

*Bayard.*  March 18, 1785, deed from Penns to Jonathan Dawes. July 12, 1785, deed from Jonathan Dawes and wife to Job Harvey.  [2] Del.Laws [1160], June 9, 1793, Land Office law.

John S. Littler offered.  I run the lands for McClintock in 1792 by virtue of a warrant from the proprietary agent.  On the western side I found marked trees next to McClintock's contained twenty or thirty acres.  William Elliott [to the] east; Nick Way to the west.  I did not know John McClintock had any title until I saw the deed this morning.

Verdict for plaintiff.  6*d* costs etc.

## TRUSTEE OF LOAN OFFICE v. JOSEPH WARD.

Court of Common Pleas.  New Castle.  May, 1795.

*Rodney's Notes.*

*Johns* [for plaintiff].  *G. Read* [for defendant].

*Johns,* for plaintiff, reads bond etc. to Land Office.  Verdict for plaintiff subject to the opinion of the Court.

*G. Read,* for defendant.  2 Cromp. 100, 4 Bac.Abr. 422, Salk. 52.  Salk. 401, all things done in vacation has relation to the preceding term.

The Court granted leave to the plaintiff to amend the writ so as to relate to the term preceding the entry of judgment.